UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BEUMER CORPORATION, | ) | CASE NO. 1:13cv1513 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | Mag. Judge Kenneth S. McHargh |
| vs. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BLOOM LAKE IRON ORE MINE | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| DEFENDANT. | ) | |

The plaintiff filed an Amended Complaint in this case on October 1, 2013. (Doc. 17.) In their Answer, defendant raised a counterclaim. (Doc. 31.)

At a telephone conference held on April 28, 2015, the court was first notified that defendant Bloom Lake, an Ontario limited partnership, was the subject of insolvency proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36 (Can.) ("CCAA"), pursuant to a Canadian court's CCAA Initial Order dated January 27, 2015. The proceedings in this court have been stayed since that time. The case was recently assigned to the undersigned on October 6, 2015.

The parties filed a Joint Status Report on November 25, 2015, in which they report that the Canadian bankruptcy stay under the CCAA has been extended to January 29, 2016. (Doc. 41.)

This matter is stayed pending completion of the CCAA bankruptcy proceedings or Court-ordered lifting of bankruptcy stay. *See, e.g.*, *Banyan Licensing, Inc. v. Orthsupport Int'l, Inc.*, No. 3:00CV7038, 2002 WL 31059365, at *1-*2 (N.D. Ohio Aug.

15, 2002) (extending comity to actions of Canadian bankruptcy courts); *Tradewell, Inc. v. American Sensors Elec., Inc.*, No. 96CIV2474, 1997 WL 423075 (S.D. N.Y. July 29, 1997) (CCAA meets procedural fairness requirements for comity). Therefore, this case is stayed, nunc pro tunc April 28, 2015, and treated as closed for statistical purposes. Counsel shall file a Joint Status Report by **April 30, 2016** stating whether the bankruptcy case is resolved or whether this case should be reactivated for the purpose of setting a case schedule.

    **IT IS SO ORDERED**.

Dated: December 7, 2015

    **HONORABLE SARA LIOI**
    **UNITED STATES DISTRICT JUDGE**